**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**KENTARKUIS JAMEL MORGAN,**

      **Plaintiff,**

**v.**                                                                    **Case No. 5:26-cv-45-AW-MJF**

**GRACEVILLE CORRECTIONAL
FACILITY, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with court orders, and he has not objected to the magistrate judge's report and recommendation (ECF No. 8), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on June 22, 2026.

s/ *Allen Winsor*
Chief United States District Judge